# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ANDREW DWAYNE JOHNSON,** <br><br> **Defendant.** | CR 25-101-GF-WWM-01 <br><br> **ORDER** |

The United States has moved to withdraw its motion to revoke the defendant's pretrial release. (Doc 33). After filing the motion, the government learned that the defendant was admitted to inpatient treatment. The Court finds there is good cause for the motion. Therefore, the United States' motion is hereby GRANTED. The United States' motion is hereby WITHDRAWN.

DATED this 22nd day of December 2025.

John Johnston
United States Magistrate Judge

1